UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10260-NMG |
| | ) | |
| AARON SWARTZ, | ) | |
| | ) | |
| Defendant | ) | |

AGREED-UPON MOTION RE BRIEFING

The parties have conferred about several matters concerning Defendant Swartz's motions to suppress and to dismiss. The Government has briefed responses to these motions, but will require an extra four days to finish them and file them. In addition, rather than file five separate responses to the five separate motions to suppress, the Government proposes to file one consolidated response, which, because it would answer so many motions, would be longer than the page limits set by the local rules. Defendant Swartz would like permission to file a reply brief, and to have that brief be due on December 3, 2012.

The parties agree with each others' requests, and therefore move the Court to order that the deadline for the Government to file its responses to the motions to suppress and dismiss be continued from November 13, 2012, to November 16, 2012; that the Government's consolidated brief in response to the motions to suppress may exceed the page limits set by the local rules; and

that Defendant Swartz be allowed to file a reply brief no later than December 3, 2012.

                                      Respectfully submitted,

                                      Carmen M. Ortiz
                                      United States Attorney

By:    */s/ Scott L. Garland*
           STEPHEN P. HEYMANN
           SCOTT L. GARLAND
           Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                                      */s/ Scott L. Garland*
                                      SCOTT L. GARLAND
                                      Assistant United States Attorney

Date: November 8, 2012